ACCEPTED
03-14-00730-CR
3675818
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 9:48:52 AM
JEFFREY D. KYLE
CLERK

# SHEEHY, LOVELACE & MAYFIELD, P. C.

ATTORNEYS AND COUNSELORS AT LAW

**Established 1893**

**E. ALAN BENNETT**

**BOARD CERTIFIED®**
Texas Board of Legal Specialization

CRIMINAL APPELLATE LAW
CRIMINAL LAW

510 N. VALLEY MILLS DRIVE
SUITE 500
WACO, TEXAS 76710

TELEPHONE (254) 772-8022
FACSIMILE (254) 772-9297

E-MAIL abennett@slmpc.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 9:48:52 AM
JEFFREY D. KYLE
Clerk

January 7, 2015

Hon. Jeffrey D. Kyle
Clerk, Third Court of Appeals
PO Box 12547
Austin, TX 78711

Re:     No. 03-14-00730-CR; Rega v. State; In the Third Court of Appeals, Austin;
        Certification of Compliance with Rule 48.4

Mr. Kyle:

The undersigned hereby certifies that on December 29, 2014 counsel mailed to the appellant copies of the opinion and judgment rendered by the Court in the above cause and advised the appellant of the right to file a petition for discretionary review.

Counsel mailed these items to the appellant by certified mail, return receipt requested. A copy of the return receipt is attached hereto as Exhibit "A".

Sincerely,

*Alan Bennett*
E. Alan Bennett

Attachment

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  |  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Thomas Rosario Rega
TDCJ #01919779
Allan B. Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7014 1820 0001 6074 1237

PS Form 3811, July 2013  Domestic Return Receipt

**Exhibit "A"**